# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STEVEN HERRIN, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-01113 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| SELECT PORTFOLIO SERVICING, § | |
| INC., § | |
| § | |
| *Defendant.* § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #18) that Plaintiff Steven Herrin's claims be dismissed with prejudice for failure to prosecute, failure to comply with the Federal Rules of Civil Procedure, and failure to comply with court orders.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Herrin's claims against Defendant Select Portfolio Servicing, Inc., are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** this 4th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE